### Oughtred ag$^t$ Blackleach

Charles Oughtred Attourny to m$^r$ Sampson Sheafe plaint. ag$^t$ John Blackleach Def$^t$ in an action of the case for witholding the Summe of One hundred Fifty Four pounds Five Shillings & two pence in mony due by booke to the s$^d$ Sheafe with all due damages according to attachm$^t$ dat$^d$ July. 21$^o$ 1676. . . . The Jury . . . found for the plaint. one hundred Fifty Four pounds Five Shillings & two pence mony & costs of Court. John Poole as hee is Surety for the Defend$^t$ (& appeared in the case) appealed from this judgem$^t$ unto the next

Court of Assistants & himselfe as principall in One hundred Fifty Four pounds & anthony Checkley & Stephen Burton Sureties in £.75. apeice acknowledged themselves respectively bound . . . on condition the abovenamed John Blackleach or John Poole shall prosecute the appeale . . .

[See Records of Court of Assistants, i. 85.]